**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Elizabeth J. Wilson
KEAN MILLER LLP
PO Box 3513
Baton Rouge LA 70802

**REHEARING ACTION: April 11, 2018**

**Docket Number: 17   00377-CA**

**SUCCESSION OF MARY LOU THRASHER**

**Appealed from Rapides Parish Case No. 41,488**

**BEFORE JUDGES:**

   **Hon. Elizabeth A. Pickett**
   **Hon. D. Kent Savoie**
   **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the "Application

for Rehearing and Rehearing En Banc" filed by **Jeffrey Thrasher** has this day been

   **DENIED.**

cc: E. Grey Burnes Talley, Counsel for the Appellee